NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGER A. HOUSE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5016

---

Appeal from the United States Court of Federal Claims in No. 08-CV-758, Judge Francis M. Allegra.

---

**JUDGMENT**

---

JOHN B. WELLS, Law Office of John B. Wells, of Slidell, Louisiana, argued for the plaintiff-appellant.

STACEY K. GRIGSBY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the defendant-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director. Of counsel on the brief was MICHAEL J. MARINELLO, Office of the Judge Advocate General, General Litigation Division, United States Navy, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk